Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: <<CmsHearingStart>>

FILED
8/28/2024 1:42 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L009548
Calendar, A
29143950

FILED DATE: 8/28/2024 1:42 PM 2024L009548

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| LINDA DILLMAN, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2024L009548 |
| COSTCO WHOLESALE CORPORATION d/b/a COSTCO, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S COMPLAINT AT LAW**

NOW COMES Plaintiff, LINDA DILLMAN, by and through her attorneys, JOHN M. MOLLOY LAW GROUP, and complaining against Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO, states as follows:

1. On April 30, 2024, and at all relevant times, Plaintiff, LINDA DILLMAN was a resident of the City of Chicago, County of Cook and State of Illinois.

2. On April 30, 2024, and at all relevant times, Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO ("COSTCO"), was a foreign corporation doing business in the State of Illinois.

3. On April 30, 2024, and at all relevant times, Defendant, COSTCO owned, operated, managed, maintained, and/or controlled the premises located at 7311 North Melvina Avenue, Niles, Illinois, 60714 ("Premises").

4. On April 30, 2024, and at all relevant times, Defendant, COSTCO owned, operated, managed, maintained, and/or controlled the retail store and its adjacent parking lot located on The Premises.

FILED DATE: 8/28/2024 1:42 PM 2024L009548

5. On April 30, 2024, and at all relevant times, Defendant, COSTCO made available for use by patrons the retail store and its adjacent parking lot located on The Premises.

6. On April 30, 2024, and at all relevant times, Plaintiff, LINDA DILLMAN was a patron lawfully on the Premises.

7. On April 30, 2024, and at all relevant times, Plaintiff, LINDA DILLMAN exited the retail store and was walking to her parked vehicle in the adjacent parking lot when she was caused to trip and fall over a hidden parking bumper.

8. On April 30, 2024, and at all relevant times, Defendant, COSTCO, individually and/or through its employees or agents, as an owner or possessor of The Premises had a duty to protect and guard against harm for those lawfully on The Premises.

9. Notwithstanding said duty, Defendant, COSTCO, individually and/or through its employees or agents, committed one or more of the following careless and negligent acts and/or omissions:

a. Negligently allowed The Premises to become and remain in an unreasonably dangerous condition, to wit: placed parking bumpers in the parking lot adjacent to The Premises so they were not visible and existed in a pedestrian walkway, causing Plaintiff, LINDA DILLMAN, to trip and fall over said parking bumper;

b. Negligently placed parking bumpers in the parking lot adjacent to The Premises so they were not visible and existed in a pedestrian walkway, knowing it would create an even greater danger to pedestrians in said parking lot, and causing Plaintiff, LINDA DILLMAN, to trip and fall over said parking bumper;

c. Negligently failed to place parking bumpers in the parking lot adjacent to The Premises so they were visible and not in a pedestrian walkway, when Defendant knew or should have known it was the standard in the industry to do so, creating an unreasonably safe condition, causing Plaintiff, LINDA DILLMAN, to trip and fall over said parking bumper;

d. Negligently failed to properly warn, post a sign, barricade or otherwise cut-off to pedestrian traffic said hidden parking bumpers, creating an unreasonably safe condition, causing Plaintiff, LINDA DILLMAN, to trip and fall over said parking bumper;

FILED DATE: 8/28/2024 1:42 PM 2024L009548

e. Negligently failed to properly instruct and supervise its agents, including third party contractors, employees, and others in the proper placement of bumpers in the parking lot adjacent to The Premises, contrary to the standard in the industry, thereby creating an unreasonably safe condition, causing Plaintiff, LINDA DILLMAN, to trip and fall over said parking bumper;

f. Negligently failed to provide a safe means of ingress and egress to and from its parking spaces for its patrons such as Plaintiff, LINDA DILLMAN, who were lawfully on The Premises.

10. As direct and proximate result of the negligence of Defendant, COSTCO, individually and/or through its employees or agents, Plaintiff, LINDA DILLMAN suffered injuries of personal and pecuniary nature, including but not limited to, hospital, medical and related expenses, disability and disfigurement, pain and suffering and physical and emotion trauma, all of which conditions and conditions are permanent.

WHEREFORE, Plaintiff, LINDA DILLMAN asks that a judgment be entered against Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO, in a fair and just amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus interest and costs and any further relief this court deems fair and just.

Respectfully submitted,

By: ______________________
One of the Attorneys for Plaintiff

Attorney No. 25161
Brian T. McGinnis (mcginnis@molloy-law.com)
Maureen M. Nick (molly@molloy-law.com)
JOHN M. MOLLOY & ASSOCIATES
177 N. State Street-3rd floor
Chicago, IL 60601
(312) 346-4444