IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA DILLMAN, | ) |
| | ) |
| Plaintiff, | ) No. 1:24-cv-11911 |
| v. | ) |
| | ) |
| COSTCO WHOLESALE CORPORATION d/b/a COSTCO, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT COSTCO WHOLESALE CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

**NOW COMES** Defendant, COSTCO WHOLESALE CORPORATION ("Costco"), by and through its attorneys, Lipe Lyons Murphy Nahrstadt & Pontikis, Ltd., for its response to Plaintiff's Motion for Leave to File a First Amended Complaint at Law, states as follows:

1. On November 19, 2024, Costco filed its Notice of Removal pursuant 28 U.S.C. Section 1332, Sec.1441 and Sec. 1446 based on complete diversity of citizenship and the amount in controversy exceeding $75,000. Doc. 2, Notice of Removal.

2. On February 6, 2025, Plaintiff filed a Motion for Leave to file an Amended Complaint, seeking to add Keeley Construction Group, Inc. and V3 Companies, LTD, as Defendants in this matter. Doc 15, Motion for Leave to File Am. Compl.

3. On February 7, 2025, this Court denied Plaintiff's Motion for Leave to file a First Amended Complaint, stating that "***Plaintiff's motion*** does not provide the citizenship of the additional parties Plaintiff seeks to name as defendants, preventing the Court from assessing any impact joinder would have on its jurisdiction." (Emphasis Added.) Doc. 16, Minute Entry.

1

4. On February 21, 2025, Plaintiff re-filed her Motion for Leave to File a First Amended Complaint again seeking to add Keeley Construction Group, Inc. and V3 Companies, LTD as Defendants. Doc. 16, Motion for Leave to File First Am. Compl.

5. Plaintiff's Motion for Leave to file a First Amended Complaint must be denied as *yet again* Plaintiff fails to include the citizenships of the additional parties Plaintiff seeks to name as Defendants on the face of her Motion. Doc. 16, Motion for Leave to File First Am. Compl.

6. By failing to include this information her Motion, Plaintiff robs this Court of the ability to assess any impact joinder would have on the proper jurisdiction of this matter, including Diversity Jurisdiction which is the crux of this matter.

7. As Plaintiff's Motion for Leave to File a First Amended Complaint fails to include the citizenships of the parties Plaintiff seeks to add, and since this is the second time Plaintiff failed to comply with this Court's Order, Plaintiff's Motion for Leave must be denied.

  **WHEREFORE** Defendant, COSTCO WHOLESALE CORPORATION, asks the Court to enter an Order denying Plaintiff's Motion for Leave to File a First Amended Complaint and for any other relief deemed reasonable and just.

        Respectfully submitted,

        Lipe Lyons Murphy Nahrstadt & Pontikis Ltd.

        By: _/s/ Amanda L. Zink_
           Costco Wholesale Corporation

Amanda L. Zink – alz@lipelyons.com ARDC 6283384
Natiera N. Roinson – nnr@lipelyons.com ARDC 6342522
Lipe Lyons Murphy Nahrstadt & Pontikis Ltd.
230 W. Monroe Street, Suite 2260
Chicago, IL, 60606
(312) 448-6230